**No. 59265.**—Barclay Clover, Inc., and Taub, Hummel & Schnall, Inc., et al. *v.* United States, protests 192466–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of articles of wearing apparel the same in all material respects as those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59266.**—L. E. McCullough & Company *v.* United States, protest 248114–K (St. Louis).

Opinion by FORD, J. An examination of the official record disclosing no reason for disturbing the classification of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE FIRST DIVISION, SEPTEMBER 1, 1955

**No. 59267.**—Astra Trading Corp. et al. *v.* United States, protests 230090–K (B), etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).